IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

HENRY LONDON TAYLOR,

    Defendant.

CASE NO.: 4:24-cr-051

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's December 4, 2024, Report and Recommendation, (doc. 36), to which no party has filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 36), as the opinion of the Court. Taylor's Motions to Suppress his statements are **DENIED**. (Docs. 24 & 25.)

**SO ORDERED**, this 10th day of January, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA