**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:24-cr-51 |
| HENRY LONDON TAYLOR, | |
| Defendant. | |

**O R D E R**

It appearing that all pretrial motions in the above referenced case are resolved and that this case is ready for trial, the Court hereby **DIRECTS** the parties to confer and file their second status report **on or before January 30, 2025**, notifying the Court as to the current status of the case.  The joint status report shall indicate whether (1) the parties are prepared to proceed to trial, and, if they are, list three potential dates for a status conference within the following 14 days; or, (2) if the parties believe the case will result in a negotiated plea agreement, whether additional time is needed for plea negotiations.  In complying with this Order, the parties are DIRECTED to use Magistrate Judge Ray's Criminal Status Report form.

**SO ORDERED**, this 17th day of January, 2025.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA