**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:24-cr-51 |
| HENRY LONDON TAYLOR, | |
| Defendant. | |

**O R D E R**

The change of plea or Rule 11 hearing having been conducted by the Court with the interrogation by the Court of the defendant and the defendant's attorney at a hearing on the defendant's motion to change the plea and the Court finding that the plea of guilty is made freely, voluntarily and knowingly, it is thereupon,

ORDERED that the plea of guilty by defendant be, and it is, hereby accepted, and it is, hereby ratified and confirmed.

This 13th day of February, 2025.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA